UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:  )  Case No.: 21-50289
        )
        )
Bridget S Taylor )  Chapter: 13
        Debtor(s)

Request ~~Request~~ Chapter 13 to chapter 7
to convert
N cani't afford payment.

Dated: 03/08/2021    Signature: Bridget S. Taylor

Printed Name: Bridget S Taylor

Address: 3947 Veracruz CT
Decatur, GA. 30034

Phone: 404-550-9976

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

### ATLANTA DIVISION

IN RE: Bridget S Taylor

Debtor(s)

Case No: 21-50289

Chapter:

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 8th day of March, 2021 I served a copy of Request to convert Chapter 13 to chapter 7 which was filed in this bankruptcy matter on the 8th day of March, 2021.

Mode of service (check one):  ◯ MAILED   ✓ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

~~Bridget S Taylor 3947 Veracruz Ct Decatur, GA 30034~~

Mary Ida Townson
Suite 1600
285 Peachtree Center Ave.
Atlanta, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 03/08/2021

Signature: Bridget S Taylor
Printed Name: Bridget S Taylor
Address: 3947 Veracruz Ct
Decatur, GA 30034
Phone: (404) 550-9976

(Generic Certificate of Service – Revised 4/13)