**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 21-50289-PWB |
| BRIDGET SURGRETTA TAYLOR, ) | |
| ) | CHAPTER 7 |
| Debtor. ) | |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW Berry and Associates, counsel-of-record for the Debtor in the above-styled Chapter 7 case, and files this "Motion to Withdraw as Counsel" ("Motion"), showing to this Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151, and 28 U.S.C. Section 157.

2.

This Court is the proper venue for this matter pursuant to 28 USC Section 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. Section 157.

4.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code January 13, 2021 and is eligible for relief under 11 U.S.C. §109. Debtor, pro se, converted the case to a Chapter 7 proceeding on or about March 9, 2021.

5.

Debtor has notified counsel that she wishes to terminate Berry and Associates as counsel as of March 2, 2021, and has consented to this Withdrawal. Since Debtor has made it clear that she no longer wants representation from Berry and Associates she waives any waiting period and intends to represent herself pro se going forward.

6.

Debtor has been informed of counsel's intention to withdraw via phone call, email and a letter dated and mailed March 11, 2021. A copy of the letter is attached hereto.

WHEREFORE, Debtor prays:

(a) That this Motion be filed, read, and considered;

(b) That this Honorable Court grant this Motion; and,

(c) That this Honorable Court grant such further relief as it may deem just and proper.

Respectfully submitted,

/s/
Carrie Oxendine
GA Bar No. 141478
Attorney for Debtor
BERRY AND ASSOCIATES
2751 Buford Hwy, Suite 600
Atlanta, GA 30324
(404) 235-3300
carrie@mattberry.com

**BERRY & ASSOCIATES**

Phone     (404) 235-3300
Toll-free  (800) 720-8620
Fax       (404) 235-3333

March 11, 2021

Bridget Surgretta Taylor
3947 Veracruz Court
Decatur, Georgia 30034

RE:  Your Bankruptcy Case 21-50289

Dear Ms. Taylor,

Because you have terminated Berry and Associates, consenting to our withdrawal from your case, I will file a "Motion to Withdraw as Counsel" in your case.

Our withdrawal as your counsel will not affect the course or proceedings of your case.  The United States Bankruptcy Court for the Northern District of Georgia will retain jurisdiction over your now converted Chapter 7 case.  You will be responsible for going forward in your case and to prepare for, attend and participate in any hearing, trial, conference and discovery proceeding, that is scheduled. The clerk's office is located at 75 Ted Turner Drive, SW, Atlanta, GA 30303 room 1340.  The phone number is 404-215-1000.

You will receive notice of our Motion to Withdraw as Counsel once that is filed.  You may file any objection that you have to that motion with the clerk's office pursuant to the instructions in that motion.

There is a 341 Meeting of Creditor's scheduled on April 13, 2021 at 2:40 P.M. This meeting will be Telephonic. To attend, Dial: 866−909−7148 and enter: 4958999, when prompted for participation code. Also, the due date for your second financial management course to be filed with the Court is scheduled for May 28, 2021. Failure to file the certificate may result in the Court denying your case a discharge.

Once the Court enters its order allowing us to withdraw, you should notify the Clerk of the Court of whether you intend to proceed <u>pro se</u> (without counsel) or whether you have obtained new counsel. New counsel should file its appearance with the Court as soon as possible.  You also must notify the Clerk of the Court of your correct mailing address, being sure to keep them up-to-date with that information.  Pleadings and correspondence will be served directly on you until new counsel enters an appearance.  Failure to follow-through on any of these responsibilities could have adverse effects on your case, including the dismissal of your Chapter 7 case.

If you have any questions, do not hesitate to contact this office.

Sincerely,

*[signature]*

Carrie Oxendine
Attorney at Law

Served via email, regular mail, & certified mail: 9171 9690 0935 0261 4909 68

2751 Buford Highway  •  Suite 600  •  Atlanta, Georgia 30324



2751 Buford Highway NE
Suite 600
Atlanta, Georgia 30324



9171 9690 0935 0261 4909 68



NEOPOST
03/11/2021
US POSTAGE  $004.11
ZIP 30324

Bridget Surgretta Taylor
3947 Veracruz Court
Decatur, GA 30034



2751 Buford Highway NE
Suite 600
Atlanta, Georgia 30324



NEOPOST
03/11/2021
US POSTAGE  $000.51
ZIP 30324

Bridget Surgretta Taylor
3947 Veracruz Court
Decatur, GA 30034

## CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to ensure delivery, addressed to:

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Bridget S. Taylor
3947 Veracruz Court
Decatur GA 30034

(Plus to all Creditors on the attached Creditor Mailing Matrix)

This the 11th day of March, 2021.

/s/
Carrie Oxendine
Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

```
Label Matrix for local noticing          AmSher Collection Services              American Express National Bank, AENB
113E-1                                   4524 Southlake Parkway                  c/o Zwicker and Associates, P.C.
Case 21-50289-pwb                        Suite 15                                Attorneys/Agents for Creditor
Northern District of Georgia             Birmingham, AL 35244-3271               P.O. Box 9043
Atlanta                                                                          Andover, MA 01810-0943
Thu Mar 11 16:32:37 EST 2021

Amex                                     Atlanta Postal Credit Union             Atlanta Postal Credit Union
Correspondence/Bankruptcy                c/o Albert F. Nasuti                    Attn: Bankruptcy
PO Box 981540                            Thompson, O'Brien, Kemp & Nasuti, P.C.  3900 Crown Rd
El Paso, TX 79998-1540                   40 Technology Parkway South             Atlanta, GA 30380-0001
                                         Suite 300
                                         Peachtree Corners, GA 30092-2924

Matthew Thomas Berry                     (p)JPMORGAN CHASE BANK  N A             Angela D. Forte
Matthew T. Berry & Associates            BANKRUPTCY MAIL INTAKE TEAM             POB 477
Suite 600                                700 KANSAS LANE FLOOR 01                Redan, GA 30074-0477
2751 Buford Highway, NE                  MONROE LA 71203-4774
Atlanta, GA 30324-5457

S. Gregory Hays                          Helix                                   JPMorgan Chase Bank, N.A.
Hays Financial Consulting, LLC           11201 North Tatum Blvd Suite 300        s/b/m/t Chase Bank USA, N.A.
Suite 555                                PMB 9612                                c/o National Bankruptcy Services, LLC
2964 Peachtree Road                      Phoenix, AZ 85028-6039                  P.O. Box 9013
Atlanta, GA 30305-4909                                                           Addison, Texas 75001-9013

Lakeland                                 Lendio                                  Lendmark Financial Services
11201 North Tatum Blvd Suite 300         11201 North Tatum Blvd Suite 300        Attn: Bankruptcy
PMB 9612                                 PMB 9612                                1735 North Brown Rd, Ste 300
Phoenix, AZ 85028-6039                   Phoenix, AZ 85028-6039                  Lawrenceville, GA 30043-8228

(p)LENDMARK FINANCIAL SERVICES           Loan Depot                              Makwa
2118 USHER ST                            PO Box 660275                           11201 North Tatum Blvd Suite 300
COVINGTON GA 30014-2434                  Dallas, TX 75266-0275                   PMB 9612
                                                                                 Phoenix, AZ 85028-6039

MidFirst Bank                            Midland Mortgage Co                     Albert F. Nasuti
999 N.W Grand Blvd                       Attn: Customer Service/Bankruptcy       Thompson, O'Brien, Kemp & Nasuti, PC
Oklahoma City, OK 73118-6051             PO Box 26648                            Suite 300
                                         Oklahoma City, OK 73126-0648            40 Technology Parkway South
                                                                                 Peachtree Corners, GA 30092-2924

NetCredit                                Office of the United States Trustee     Orion
175 West Jackson Boulevard               362 Richard Russell Building            c/o PRA Receivables Management, LLC
Suite 1000                               75 Ted Turner Drive, SW                 PO Box 41021
Chicago, IL 60604-2863                   Atlanta, GA 30303-3315                  Norfolk, VA 23541-1021

Orion Portfolio Services II, LLC         Carrie L Oxendine                       PRA Receivables Management, LLC
c/o PRA Receivables Management, LLC      Matthew T. Berry & Associates           PO Box 41021
PO Box 41021                             Suite 600                               Norfolk, VA 23541-1021
Norfolk VA 23541-1021                    2751 Buford Highway NE
                                         Atlanta, GA 30324-5457

RISE Credit                              Laura D. Suggs                          Bridget Surgretta Taylor
Attn: Bankruptcy                         Campbell & Brannon, LLC                 3947 Veracruz Court
PO Box 101808                            5565 Glenridge Connector                Decatur, GA 30034-5109
Fort Worth, TX 76185-1808                Suite 350
                                         Atlanta, GA 30342-4705
```

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850

Lendmark Financial Services, LLC
2118 Usher Street
Covington, GA 30014

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)MidFirst Bank
999 N.W. Grand Blvd
Oklahoma City, OK 73118-6051

End of Label Matrix
Mailable recipients    30
Bypassed recipients     1
Total                  31