### UNITED STATES BANKRUPTCY COURT

### For The Northern District of Georgia

| | | |
|---|---|---|
| In | Debtor(s) | |
| Re: | **Bridget Surgretta Taylor** | : Case No.: **21–50289–pwb** |
| | 3947 Veracruz Court | : Judge:  **Paul W. Bonapfel** |
| | Decatur, GA 30034 | : Chapter:  **7** |
| | **xxx–xx–8739** | |

### <u>Clerk's Notice Re: United States Trustee's Statement of Presumed Abuse</u>

You are hereby notified that:

The United States Trustee has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under 11 U.S.C. § 707(b)(2).

Dated:  May 17, 2021

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Form 403